# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGNHIA VUE,<br><br>        Plaintiff,<br><br>    v.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>        Defendant. | Case No.  1:21-cv-01063-NONE-SAB<br><br>ORDER GRANTING MICHAEL A. GRAZIANO'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 8) |

The court has read and considered the application of Michael A. Graziano, attorney for Defendant Pentagon Federal Credit Union, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 8.)  Having reviewed the application, Michael A. Graziano's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **August 16, 2021**

UNITED STATES MAGISTRATE JUDGE

1