UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGNHIA VUE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PENTAGON FEDERAL CREDIT UNION, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | No. 1:21-cv-01063-NONE-SAB<br><br>ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS<br><br>Current Date: September 16, 2021<br>Time:　　　　9:30 a.m.<br>Courtroom:　4<br>　　　　　　2500 Tulare Street<br>　　　　　　Fresno, CA 93721<br><br>Judge:  Hon. Dale A. Drozd |

On August 27, 2021, Plaintiff PANGNHIA VUE and Defendant PENTAGON FEDERAL CREDIT UNION (collectively, the "Parties"), filed a Joint Stipulation Regarding Defendant Pentagon Federal Credit Union's Motion to Dismiss and to Amend the Briefing Schedule.  The Court hereby **GRANTS** the parties' joint stipulation.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that: (i) the current briefing schedule on Defendant's re-filed Motion to Dismiss is vacated; (ii) Plaintiff shall file and serve her opposition to Defendant's Motion Dismiss on or before September 23, 2021; (iii) and  Defendant shall file and serve its reply in

support of its Motion Dismiss on or before October 7, 2021.  No hearing will be scheduled, and the matter will be decided on the papers pursuant to the standing order re judicial emergency.  (Doc. No. 5-1.)  The parties are warned that civil motions and trials set before district judges in this district are likely to experience significant delays due to judicial resource shortages.  The parties are encouraged to reconsider consenting to magistrate judge jurisdiction over this action for all purposes.

IT IS SO ORDERED.

Dated:  **August 30, 2021**  

_____
UNITED STATES DISTRICT JUDGE