# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGNHIA VUE,<br><br>    Plaintiff,<br><br>    v.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. 1:21-cv-01063-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF JEFFREY D. KALIEL, SOPHIA GOREN GOLD AND AMANDA ROSENBERG AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE JEFFREY D. KALIEL, SOPHIA GOREN GOLD AND AMANDA ROSENBERG AS ATTORNEY OF RECORD<br><br>(ECF No. 57) |

On September 10, 2024, a notice of withdrawal of Jeffrey D. Kaliel, Sophia Goren Gold and Amanda Rosenberg as counsel for Plaintiff Pangnhia Vue was filed. (ECF No. 57.) Taras Kick and Tyler J. Dosaj will remain as counsel of record for Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Jeffrey D. Kaliel, Sophia Goren Gold and Amanda Rosenberg as counsel is GRANTED; and

2. The Clerk of the Court is DIRECTED to terminate Jeffrey D. Kaliel, Sophia Goren Gold and Amanda Rosenberg as attorney for Plaintiff.

IT IS SO ORDERED.

Dated: **September 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1