UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>　　　　Defendant. | Case No. 1:21-cv-01063-JLT-SAB<br><br>ORDER RE JOINT SCHEDULING REPORT<br><br>DIRECTING CLERK OF COURT TO UPDATE THE DOCKET<br><br>(ECF Nos. 67, 68) |

On October 4, 2024, the Court granted Plaintiff's motion to substitute class representatives (ECF No. 50) and ordered that Plaintiff file an amended complaint for her breach of contract claim and substituting plaintiffs. (ECF No. 66.) The Court further ordered that Defendant submit the nonrefundable travel expenses to the Court for review and that the parties submit a joint scheduling report proposing deadlines for non-expert class action discovery and the filing of a motion to certify the class. (Id.)

On October 9, 2024, Plaintiffs filed a first amended complaint. (ECF No. 67.) The parties also submitted a joint scheduling report. (ECF No. 68.) Therein, the parties proffer that they have reached an agreement with respect to the nonrefundable travel expenses, and Court review is therefore unnecessary. The parties also propose that the Court amend the scheduling order as follows: extend non-expert discovery deadline to February 7, 2025 and extend the deadline to file a motion for class certification on March 7, 2025.[1]

---

[1] The Court did not order—and the parties do not propose—new dates for pre-certification expert discovery. (See ECF No. 43 (setting the deadline for expert discovery on November 8, 2024).) The Court notes the deadlines for pre-certification expert disclosure and rebuttal expert disclosure has passed. Should the parties require a modification of

1

Pursuant to the parties' agreement and finding good cause, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery: February 7, 2025
2. Motion for Class Certification Deadline: March 7, 2025; and
3. All other dates and aspects of the scheduling order shall remain in effect.

Further, the Clerk of Court is DIRECTED to terminate Pangnhia Vue as a named Plaintiff and update the docket to reflect Denise Beyard, Caroline Cardoza, and Calvin James as named Plaintiffs in this action.

IT IS SO ORDERED.

Dated:   **October 10, 2024**

UNITED STATES MAGISTRATE JUDGE

---

the scheduling order to the November 8, 2024 expert discovery deadline, the parties shall timely file a stipulation to modify the scheduling order pursuant to Rule 16.

2