# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD et al., <br><br> Plaintiffs, <br><br> v. <br><br> PENTAGON FEDERAL CREDIT UNION et al., <br><br> Defendants. | Case No. 1:21-cv-01063-KJM-SAB <br><br> ORDER RESETTING DEFENDANT PENTAGON FEDERAL CREDIT UNION'S MOTION FOR SANCTIONS TO DECEMBER 4, 2024 <br><br> (ECF No. 77) |

On October 30, 2024, Defendant Pentagon Federal Credit Union filed a motion for sanctions with a hearing date of November 20, 2024. (ECF No. 77.) Local Rule 230(b) states that a "motion is to be heard not less than thirty-five (35) days after service and filing of the motion."

Therefore, it is HEREBY ORDERED that the hearing on Defendant's motion for sanctions set for November 20, 2024, is RESET to **December 4, 2024, at 10:00 a.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated:   **October 31, 2024**

_____
UNITED STATES MAGISTRATE JUDGE