**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE BEYARD, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>        Defendant. | Case No. 1:21-cv-01063-JLT-SAB<br><br>ORDER VACATING DECEMBER 4, 2024 HEARING; HOLDING DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS FROM USING EXPERT TESTIMONY IN ABEYANCE<br><br>(ECF No. 77) |

On October 30, 2024, Defendant filed a motion to exclude plaintiffs from using expert testimony. (ECF No. 77.) The hearing is currently set for December 4, 2024. (ECF No. 78.)

Prior to filing the discovery motion, Defendants filed a motion for reconsideration of this Court's order granting Plaintiff's motion to substitute class representatives (ECF No. 71) and a motion to dismiss for lack of jurisdiction and improper venue (ECF No. 72). Both motions are currently pending before the district judge. The hearing before the district judge for both motions is set for December 11, 2024. (ECF No. 82.)

Due to the potentially dispositive nature of Defendant's pending motions before the district judge, the Court shall, in the interest of judicial economy, vacate the December 4, 2024 hearing and hold Defendant's discovery motion in abeyance until the pending merits-based motions are adjudicated.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for December 4, 2024 is VACATED;
2. Defendant's motion to exclude plaintiffs from using expert testimony (ECF No. 77) is HELD IN ABEYANCE pending the adjudication of Defendant's other potentially dispositive motions (ECF Nos. 71, 72).  If necessary, the Court will either reset the hearing or take the discovery motion under submission after the motions before the District Judge are decided; and
3. All dates and aspects of the scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **November 26, 2024**

STANLEY A. BOONE
United States Magistrate Judge