# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 1:21-cv-01063-JLT-SAB<br><br>ORDER HOLDING DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS FROM USING EXPERT TESTIMONY IN ABEYANCE<br><br>(ECF No. 77) |

      On October 30, 2024, Defendant filed a motion to exclude plaintiffs from using expert testimony. (ECF No. 77.) The discovery motion was held in abeyance until Defendants' motion for reconsideration of this Court's order granting Plaintiff's motion to substitute class representatives (ECF No. 71) and Defendant's motion to dismiss for lack of jurisdiction and improper venue (ECF No. 72) were adjudicated.

      On December 5, 2024, the district judge denied Defendant's motion for reconsideration as moot and granted the motion to dismiss with leave to amend. (ECF No. 92.) Because Plaintiffs have the opportunity to amend the complaint and Defendants may still file a renewed motion to dismiss, Defendant's discovery motion shall continue to be held in abeyance.

///

///

///

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to exclude plaintiffs from using expert testimony (ECF No. 77) shall continue to be held in abeyance.

IT IS SO ORDERED.

Dated:  **December 10, 2024**

STANLEY A. BOONE
United States Magistrate Judge