

United States District Court
Eastern District of California

Plaintiff(s)

V.

Defendant(s)

Case Number: _____

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____ Bar # _____

## ORDER

Dated: _____    _____
SENIOR UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

List of bars and courts to which Elizabeth E. Olien is admitted and in good standing.

| BAR/COURT | BAR NUMBER | DATE ADMITTED |
|---|---|---|
| District of Columbia | 230594 | 2/5/2018 |
| Massachusetts | 689350 | 11/21/13 |
| U.S. District Court for the District of Massachusetts | N/A | 6/21/2016 |
| U.S. District Court for the District of Colorado | 2665083 | 2/6/2024 |
| U.S. Court of Appeals for the District of Columbia Circuit | 63205 | 08/25/2021 |
| U.S. Court of Appeals for the First Circuit | 1175362 | 06/03/2016 |
| U.S. Court of Appeals for Veterans Claims | N/A | 2014 |
| U.S. Court of Federal Claims | N/A | 07/22/2021 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Elizabeth E Olien*

was duly qualified and admitted on February 5, 2018 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 28, 2025.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

ALLISON S. CARTWRIGHT
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

May 29, 2025

Attorney Elizabeth Ellen Olien
Elizabeth E. Olien
1603 16th Street NW No. 5
Washington , DC  20009
eolien@eckertseamans.com

**IN RE:**     **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Elizabeth Ellen Olien .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  05/29/2025 05.28.2025
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 21, 2013**, said Court being the highest Court of Record in said Commonwealth:

## Elizabeth Ellen Olien

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **May** in the year of our Lord **two thousand and twenty-five.**



*Allison S. Cartwright*
ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County