# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD, et al., | Case No. 1:21-cv-01063-JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR CLASS CERTIFICATION BRIEFING SCHEDULE |
| v. | (ECF No. 112) |
| PENTAGON FEDERAL CREDIT UNION, | |
| Defendant. | |

On July 22, 2025, the parties filed a stipulation to modify the briefing schedule for the then-to be filed motion for class certification set before the then-assigned District Judge. (ECF No. 113.) The stipulation remained pending before the then-assigned District Judge. On August 1, 2025, Plaintiffs filed their motion for class certification before the then-assigned District Judge. (ECF No. 113.)

On August 13, 2025, the matter was reassigned to District Judge Jennifer L. Thurston. (ECF No. 119.) Pursuant to the District Judge's standing order, motions for class certification pursuant to Federal Rule of Civil Procedure 23 shall be noticed for hearing before the assigned magistrate judge. (ECF No. 20 at 2.) Accordingly, Plaintiffs' motion for class certification will be heard by the undersigned for the preparation of findings and recommendations.

It does not appear that the parties' July 22, 2025 stipulation has been entered. The Court finds good cause to enter the parties' stipulation to modify the briefing schedule and set the

hearing for November 5, 2025. If the parties are unavailable, the parties are directed to contact the courtroom deputy at jnguyen@caed.uscourts.gov to reschedule.

Accordingly, pursuant to the stipulation by the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiffs' motion for class certification shall be filed **no later than September 2, 2025**[1];

2. Plaintiffs' reply, if any, shall be filed **no later than October 1, 2025**; and

3. The hearing on Plaintiffs' motion for class certification (ECF No. 113) is SET for **November 5, 2025 at 10:00 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **August 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties' September 1, 2025 stipulated deadline is a federal holiday.

2