# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>　　　　Defendant. | Case No. 1:21-cv-01063-JLT-SAB<br><br>ORDER REGARDING STIPULATION SETTING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE; VACATING DECEMBER 10, 2025 HEARING; STAYING THE MOTION FOR CLASS CERTIFICATION; AND VACATING NOVEMBER 5, 2025 HEARING |

　　　　On August 1, 2025, Plaintiffs filed a motion to certify class with a hearing date set before the undersigned on November 5, 2025. (ECF No. 113.) On September 2, 2025, Defendant filed an opposition to the motion to certify class and concurrently filed a motion for summary judgment. (ECF Nos. 121, 122.) On September 3, 2025, the parties filed a stipulation regarding the briefing schedule on the motion for summary judgment. (ECF No. 123.) For good cause shown, the Court hereby approves the stipulation and ORDERS the following:

　　　　1.　　Plaintiffs shall have through October 15, 2025, to file an opposition to the motion for summary judgment;

　　　　2.　　Defendant shall have through November 21, 2025, to file a reply, if any, in support of the motion for summary judgment;

　　　　3.　　Pursuant to the Hon. Jennifer L. Thurston's civil standing order, and Local Rule 230(c), the December 10, 2025 hearing on the motion for summary judgment is

VACATED. The motion for summary judgment will be submitted upon the record and briefs pursuant to Local Rule 230(g) without further action by the District Court;

4. The Court finds that resolution of the motion to certify class will necessarily depend on the outcome of the motion for summary judgment. Accordingly, the Court hereby STAYS the motion to certify class (ECF No. 113) pending the resolution of the motion for summary judgment;

5. In light of the foregoing, the November 5, 2025 hearing before the undersigned on the motion to certify class (ECF No. 120) is VACATED.

IT IS SO ORDERED.

Dated: **September 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2