# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD, *et al.*, | No. 1:21-cv-01063 JLT SAB |
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL DOCUMENT |
| v. | |
| PENTAGON FEDERAL CREDIT UNION, | |
| Defendants. | |

This matter is before the Court on Pentagon Federal Credit Union's Request to Seal the five-page document that is known as "Policy 754.1" and contains the following bates stamps: PENFED-000604 to PENFED-000608. It appears to the Court that the Request to Seal is supported by compelling reasons outweighing the public's interest in disclosure, and, therefore, the Court ORDER:

1. Pentagon Federal Credit Union's Request to Seal is hereby GRANTED, and Policy 754.1 shall be maintained under seal indefinitely and accessible only by the Court, the Court's personnel, the parties to this case, and counsel for the parties.

IT IS SO ORDERED.

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

Dated: **October 17, 2025**