# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BEYARD, et al.,<br>Plaintiffs,<br>v.<br>PENTAGON FEDERAL CREDIT UNION,<br>Defendant. | Case No. 1:21-cv-01063-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY ELIZABETH E. OLIEN AND DIRECTING CLERK OF COURT TO TERMINATE ELIZABETH E. OLIEN AS ATTORNEY OF RECORD<br><br>(ECF No. 139) |

On October 1, 2026, a notice of withdrawal of Elizabeth E. Olien as counsel for Defendant Pentagon Federal Credit Union was filed. (ECF No. 139.) The Court observes that Michael A. Graziano of Eckert Seamans Cherin & Mellot, LLC and Bradley C. Carroll of Downey Brand LLP continue to serve as counsel of record for Defendant.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Elizabeth E. Olien as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Elizabeth E. Olien as counsel of record for Defendant Pentagon Federal Credit Union.

IT IS SO ORDERED.

Dated: **October 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge